| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

BOBBI WALKER,

    Plaintiff,

vs.

CAPITAL ONE, N.A., and DOES 1 through 100 inclusive,

    Defendants.

Case No. 2:18-cv-00471-TLN-KJN
*Assigned to Troy L. Nunley; Referred to Magistrate Judge Kendall J. Newman*

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT TO MAY 7, 2018**

Initial Resp. Date: March 26, 2018
1st Stip. Resp. Date: April 23, 2018
New Resp. Date: May 7, 2018

Complaint Filed: March 2, 2018
Trial Date: TBD

## ORDER

Based upon the Parties' stipulation, and good cause appearing therefor, defendant Capital One, N.A. has until May 7, 2018 to file and serve a response to the Complaint filed by plaintiff Bobbi Walker.

**IT IS SO ORDERED.**

Dated: April 24, 2018

_____
Troy L. Nunley
United States District Judge